# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The County of Madison, State of Illinois, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case Number: |
| The Federal Emergency Management Agency, et al. | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs' have manually filed the following document or item:

Plaintiffs' Exhibit 1, Flood Insurance Rate Map

This document has not been filed electronically because:

    The document or item cannot be converted to an electronic format.

    Plaintiff/ Defendant is excused from filing this document or item by court order.

X    Other: The information on the maps is difficult to read or not legible unless printed on large paper.

The document will be served on all parties.

    Respectfully submitted,
    /s/Harry B. Wilson
    Harry B. Wilson, IL Bar #06276966
    Husch Blackwell LLP
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105
    314-480-1500 Phone
    314-480-1505 Fax

6222374-1