

Figure 2
# Population
1 Dot = 10 Persons
Total population affected: 156,281

**EAST-WEST GATEWAY**
Council of Governments
Creating Solutions Across Jurisdictional Boundaries
August 2007

**Legend**
- Chain of Rocks Levee
- Fish Lake Levee
- Metro East Sanitary District Levee
- Prairie Du Pont Levee
- Wood River Levees
- Levees
- Water Features
- County Boundary
- Levee Protected Area
- Interstate Highways

**EXHIBIT 5**