

Figure 3. Major Employment Locations — Businesses with at least 300 employees or a facility of at least 100,000 square feet. East-West Gateway Council of Governments, October 2007.