

# ST. CLAIR COUNTY BOARD

10 Public Square • Room B561 • Belleville, Illinois 62220-1623

MARK A. KERN
CHAIRMAN



(618) 277-6600
Fax (618) 825-2740

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

October 12, 2009

Mr. William R. Blanton Jr., Chief
Engineering Management Branch
Mitigation Directorate
Federal Emergency Management Agency
500 C Street, SW
Washington, D.C. 20472

SUBJECT:   Community:       St. Clair County, Illinois
           Community No.:   170616

Dear Mr. Blanton:

In accordance with your July 10, 2009 letter addressed to me regarding the preliminary Flood Insurance Study (FIS) and Flood Insurance Rate Map (FIRM), please consider this correspondence as a formal appeal from St. Clair County regarding the validity of the preliminary FIS and DFIRMs that FEMA provided to the County. This appeal is based on countywide four-foot contour mapping which was developed in 2008. We insist that this documentation not be overlooked as FEMA endeavors to produce the best possible FIRMs for communities to use as they diligently pursue compliance with the requirements of the National Flood Insurance Program. Please find enclosed a digital copy of the four-foot contour mapping for your use in revising the floodplains as delineated on the preliminary DFIRMs.

To demonstrate that the currently presented preliminary DFIRMs have significant errors related to the delineations of the floodplains due to not using the "best available" detailed contour mapping, the County investigated two separate locations of streams. The stream reaches included in this investigation included a reach of Richland Creek near the southern boundary of Belleville and a reach of Ash Creek just south of Scott Air Force Base. These reaches were chosen based on one of the locations being highly urbanized and the other being a partially undeveloped rural type area. The choice of using two distinct types of areas in our evaluation was deemed prudent in an attempt to avoid the potential of skewing the results had only one type of area been used.

Our investigation involved using the GIS software product ArcView 9.3. This software was used to digitize and plot the floodplain as delineated on the preliminary DFIRMs for the specific reaches of the streams noted above. As a comparison, the base flood elevations listed on the

EXHIBIT
9

preliminary DFIRMs were used to delineate and plot the floodplain boundaries based on the County's four-foot contour mapping. Both floodplain boundaries were plotted on the same respective exhibit to demonstrate the difference between the two conditions for each of the stream reaches. Please refer to the enclosed Figures 1 and 2 which depict the floodplain comparison results. As shown on these exhibits there are large areas where the use of the four-foot contour mapping demonstrates inaccuracies in the floodplains as delineated on the currently released preliminary DFIRMs.

Therefore, it is obvious that the floodplain delineations throughout St. Clair County as depicted in the preliminary DFIRMs are likely to be inaccurate simply from the use of poor and outdated topographic information to generate the floodplain configurations. Because St. Clair County has expended significant tax dollars to provide four-foot contour mapping for the entire county, it seems prudent to use this data as the underlying basis for all the floodplains within the county where less accurate data was used to delineate the floodplains. If this approach is not implemented, FEMA is simply placing inaccurate data on a format, a DFIRM, which then has the perception to most parties of being extremely precise. Nothing could be further from the truth in many instances.

Another area of potential concern was the apparent number of Letters of Map Change (LOMC) that that had been issued by St. Clair County but were not listed in the preliminary FIS. To ensure critical LOMCs had not been disregarded on the preliminary DFIRMs, an evaluation of the LOMCs issued since the effective date of the current FIRM (November 5, 2003) was completed to ensure that the preliminary DFIRMs incorporated all impacts from the critical issued LOMCs. The summary results of that evaluation are shown on the enclosed Tables, 1, 2 and 3. Based on this information, it appears that the majority of the LOMCs which could impact floodplain delineations have been listed in the preliminary FIS as being incorporated into the information presented on the preliminary DFIRMs. However, our evaluation indicates that the LOMCs associated with the Plum Hill Estates subdivision adjacent to Loop Creek have not been incorporated into panel 220 of the preliminary DFIRM. The enclosed exhibit entitled Figure 3 indicates areas that should be shown as being removed from the floodplain based on LOMCs issued under FEMA case numbers 04-05-0471C, 04-05-1861X, 04-05-2741A, 05-05-0879A and 07-05-2368A. The inconsistencies in the floodplain delineations on Loop Creek in the vicinity of Plum Hill Estates should be corrected.

As you know, the final DFIRMs are to be used for the purposes of implementing local floodplain management regulations to ensure eligibility with respect to the National Flood Insurance Program. Since the preliminary DFIRMs as currently presented to St. Clair County contain significant inaccuracies as discussed above, it would be irresponsible and expose the County to potential litigation for the County to endorse the preliminary DFIRMs in their current form. Therefore, it is in the best interest of both the County and FEMA to hold the issuance of the final DFIRMs in abeyance until there is mutually acceptable resolution for the identified problems with the preliminary DFIRMs.

Questions concerning these matters should be directed to Mr. Mike Mitchell, Director of Building and Zoning for St. Clair County. He may be reached at 618-277-6600, extension 2530.

Respectfully submitted,

MARK A. KERN, Chairman
St. Clair County Board

Enclosures:  DVD with County contour mapping files
Table 1- Summary of all LOMCs
Table 2- LOMCs listed in pre-FIS
Table 3- LOMCs not listed in pre-FIS
Figure 1- DFIRM Comparison Exhibit – Ash Creek
Figure 2 – DFIRM Comparison Exhibit – Richland Creek
Figure 3 – Area Removed from Floodplain- Plum Hill Estates

cc:  FEMA Region V
Federal Insurance and Mitigation Division
536 South Clark Street
Sixth Floor
Chicago, IL 60605

bcc: Congressman Jerry F. Costello
Mr. Les Sterman

# TABLE 1

## SUMMARY OF ALL LETTERS OF MAP CHANGE SINCE EFFECTIVE FIRM DATE OF NOV 5 2003

| Ref. # | Case Number | Map Panel | Effective Date of Map Revision | Type of Document | Listed on FEMA Website | Listed in Preliminary FIS | Issued by St. Clair County | Comments and Notes | Flooding Source |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04-05-0471C | 17163C0220D | December 18, 2003 | CLOMR-F | NO | NO | YES | Plum Hill Estates | Loop Creek |
| 2 | 04-05-0883P | 17163C0455D | March 1, 2004 | LOMR | YES | YES | NO | Reissuance of LOMR Case Number 01-05-3785P, dated November 29, 2001 | Unnamed Tributary to Kaskaskia River |
|  |  | 17163C0465D | March 1, 2004 | LOMR | YES | YES | NO | Reissuance of LOMR Case Number 01-05-3785P, dated November 29, 2001 | Unnamed Tributary to Kaskaskia River |
| 3 | 04-05-1404A | 17163C0340D | March 3, 2004 | LOMA | YES | NO | YES | 6452 Press Road | Richland Creek |
| 4 | 04-05-1861X | 17163C0220D | February 17, 2004 | CLOMR-F | YES | NO | YES | Plum Hill Estates | Loop Creek |
| 5 | 04-05-2329P | 17163C0210D | May 14, 2004 | LOMR | YES | YES | NO | Reissuance of LOMRS 99-05-181P and 03-05-1670P, dated October 29, 1999 and June 5, 2003, respectively. | Unnamed Tributary to Engle Creek |
|  |  | 17163C0206D | May 14, 2004 | LOMR | YES | YES | NO | Reissuance of LOMRS 99-05-181P and 03-05-1670P, dated October 29, 1999 and June 5, 2003, respectively. | Unnamed Tributary to Engle Creek |
| 6 | 04-05-2333P | 17163C0220D | April 12, 2004 | LOMR | YES | YES | NO | Reissuance of LOMR, Case Number 00-05-315P, dated April 16, 2002 | Loop Creek |
| 7 | 04-05-2741A | 17163C0220D | April 28, 2004 | LOMR-F | YES | NO | YES | The Estates at Plum Hill | Loop Creek |
| 8 | 04-05-3405A | 17163C0355D | May 14, 2004 | LOMA | YES | NO | YES | Deer Run Subdivision (2532 Eidmann Road) | Loop Creek |
| 9 | 04-05-3715A | 17163C0215D | June 23, 2004 | LOMA | YES | NO | YES | Simmons Estates (4 Sunny Slope Drive) | Richland Creek |
| 10 | 05-05-0879A | 17163C0220D | March 9, 2005 | LOMR-F | YES | NO | YES | Lots 11 (2852 Smokehouse Way) through 12 (2848 Smokehouse Way), The Estates at Plum Hill | Loop Creek |

| Ref. # | Case Number | Map Panel | Effective Date of Map Revision | Type of Document | Listed on FEMA Website | Listed in Preliminary FIS | Issued by St. Clair County | Comments and Notes | Flooding Source |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 05-05-1368A | 17163C0185D | February 2, 2005 | LOMA-DEN | YES | NO | YES | 8250 Bunkum Road | Unnamed Flooding Source |
| 12 | 05-05-2714A | 17163C0210D | May 2, 2005 | LOMA | YES | NO | YES | Deer Creek Third Addition (801 Deer Creek Road) | Engle Creek |
| 13 | 05-05-4018A | 17163C0185D | August 2, 2005 | LOMR-F | YES | NO | YES | 8250 Bunkum Road | Unnamed Flooding Source |
| 14 | 05-05-4471A | 17163C0065D | January 3, 2006 | LOMA | YES | NO | YES | 245 Bethel Meadows Road | Unnamed Flooding Source |
| 15 | 06-05-B005P | 17163C0335D | March 8, 2007 | LOMR | YES | YES | NO | Orchards Subdivision | Unnamed Tributary to Loop Creek |
| 16 | 06-05-C230P | 17163C0215D | January 24, 2008 | LOMR | YES | YES | NO | Bischoff Estates Subdivision | Unnamed Tributary to Richland Creek |
|  |  | 17163C0330D | January 24, 2008 | LOMR | YES | YES | NO | Bischoff Estates Subdivision | Unnamed Tributary to Richland Creek |
| 17 | 06-05-0298A | 17163C0215D | December 1, 2005 | LOMA-DEN | YES | NO | YES | Chenot Place Second Addition (7 Hollyhock Lane) | Loop Creek |
| 18 | 07-05-1075A | 17163C0405D | April 10, 2007 | LOMA | YES | NO | YES | 4118 Waterloo Road | Prairie Du Long Creek |
| 19 | 07-05-2368A | 17163C0220D | April 10, 2007 | LOMR-F | YES | NO | YES | Lots 126-138, 176-183, The Estates at Plum Hill Plat III, and a portion of Lots 184-188, 190-195, and 204-209, The Estates at Plum Hill Plat IV | Loop Creek |
| 20 | 07-05-3986A | 17163C0310D | June 28, 2007 | LOMA | YES | NO | YES | Wessel Estate (4645 Wessel Lane) | Douglas Creek |
| 21 | 07-05-4489A | 17163C0435D | September 13, 2007 | LOMR-FW | NO | NO | YES | 7741 State Route 156 | Kaskaskia River; Mississippi River |
| 22 | 07-05-4876P | 17163C0205D | September 28, 2007 | LOMR | YES | YES | NO | Windsor Creek | Unnamed & NW Tributary to Ogles Creek |
|  |  | 17163C0206D | September 28, 2007 | LOMR | YES | YES | NO | Windsor Creek | Unnamed & NW Tributary to Ogles Creek |

| Ref. # | Case Number | Map Panel | Effective Date of Map Revision | Type of Document | Listed on FEMA Website | Listed in Preliminary FIS | Issued by St. Clair County | Comments and Notes | Flooding Source |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 07-05-5184A | 17163C0430D | November 1, 2007 | LOMA | YES | NO | YES | Probst Road | Richland Creek |
| 24 | 07-05-5847P | 17163C0465D | May 15, 2008 | LOMR | YES | YES | NO | Islands of Waterside | Doza Creek & Unnamed Tributary to Doza |
|  |  | 17163C0470D | May 15, 2008 | LOMR | YES | YES | NO | Islands of Waterside | Doza Creek & Unnamed Tributary to Doza |
|  |  | 17163C0535D | May 15, 2008 | LOMR | YES | YES | NO | Islands of Waterside | Doza Creek & Unnamed Tributary to Doza |
| 25 | 08-05-0073A | 17163C0240D | October 23, 2007 | LOMA | NO | NO | YES | 1301 North County Road | Silver Creek |
| 26 | 08-05-0222A | 17163C0215D | November 1, 2007 | LOMA | YES | NO | YES | Lashley Estates (327 Lake Christine Drive) | Richland Creek |
| 27 | 08-05-0726P | 17163C0220D | December 21, 2007 | LOMR | YES | YES | NO | Green Mount Station | Loop Creek |
| 28 | 08-05-0971A | 17163C0170D | March 27, 2008 | LOMA | YES | NO | YES | 2462 Imbs Station Road | Prairie Du Pont Creek |
| 29 | 08-05-3480A | 17163C0410D | June 10, 2008 | LOMA | YES | NO | YES | 3927 Hoffman Road | Prairie Du Long Creek Tributary |
| 30 | 08-05-3982A | 17163C0215D | July 15, 2008 | LOMA | YES | NO | YES | Chenot Place First Addition (10 Carnation Drive) | Loop Creek |
| 31 | 09-05-0400A | 17163C0215D | December 4, 2008 | LOMA | YES | NO | YES | Lindbergh Circle (1110 Lindbergh Circle) | Loop Creek |
| 32 | 09-05-0590A | 17163C0215D | February 3, 2009 | LOMA | YES | NO | YES | Chenot Place First Addition (4 Carnation Drive) | Loop Creek |
| 33 | 09-05-0835A | 17163C0410D | February 12, 2009 | LOMA | YES | NO | YES | 2824 Ranch Trail Road | Prairie Du Long Creek Tributary |
| 34 | 09-05-0836A | 17163C0430D | December 23, 2008 | LOMA | YES | NO | YES | 2802 Probst Road | Richland Creek |

| Ref. # | Case Number | Map Panel | Effective Date of Map Revision | Type of Document | Listed on FEMA Website | Listed in Preliminary FIS | Issued by St. Clair County | Comments and Notes | Flooding Source |
|---|---|---|---|---|---|---|---|---|---|
| 35 | 09-05-2059A | 17163C0090D | February 11, 2009 | LOMA | YES | NO | YES | Silver Creek Crossing (8720 Old Lebanon Troy Road) | Silver Creek |
| 36 | 09-05-2757A | 17163C0230D | May 14, 2009 | LOMA | YES | NO | YES | 10958 Hagemann Road | Hagemann Creek; Silver Creek |
| 37 | 09-05-3215A | 17163C0185D | June 4, 2009 | LOMA | YES | NO | YES | 8124 Bunkum Road | Overland Flow |

**COLOR CODE**

- LOMC Included in specific source
- Letters of Map Revision
- LOMRs not included in Preliminary FIS

# TABLE 2

## LOMRs LISTED IN PRELIMINARY ST. CLAIR COUNTY FLOOD INSURANCE STUDY

| Ref. No. | Community | Project Name | FEMA Case Number | Project Type | Engineering Firm | Stream Impacted | Length of Stream Impacted | Result from LOMR | Impact Ranking |
|---|---|---|---|---|---|---|---|---|---|
| 1 | New Athens | Rural Subdivision | 04-05-0883P (reissue from '01) | Culvert | Keel Engineering | Trib to Kaskaskia R. | 2000 ft. | Revised BFEs | 2 |
| 2 | St. Clair Co. | Vantage Homes | 04-05-2329P (reissue from '99) | Fill/Excavation | | Engle Creek | 6000 ft. | Established BFEs | 0* |
| 3 | Belleville | Green Mount Station | 04-05-2333P (reissue from '02) | Fill | | Loop Creek | 2000 ft. | Decreases to BFEs | 2 |
| 4 | Belleville | Orchards Subdivision | 06-05-B005P | Culvert | TWM | Trib Loop Creek | 4400 ft. | Increases to BFEs | 3 |
| 5 | St. Clair Co. | Bischoff Estates | 06-05-C230P | Sudivison | Netemeyer | Trib Richland Creek | 6000 ft. | Established BFEs | 4 |
| 6 | O'Fallon | Windsor Creek Subdivision | 07-05-4876P | Culvert | TWM | Trib Ogles Creek / NW Trib Ogles Creek | 7200 ft. / 1000 ft. | Established BFEs | 4 |
| 7 | Belleville | Green Mount Station** | 08-05-0726P | Fill | TWM | Loop Creek | 2200 ft. | New floodway limits | 1 |
| 8 | St. Clair Co. | Islands of Waterside | 07-05-5847P | Subdivision | | Doza Creek / Trib Doza Creek | 10,000 ft. / 3700 ft. | Established BFEs & new floodway limits | 4 |

* Engle Creek completely revised via LOMR submitted in 2007 by Hoelscher Engineering, P.C.
** Modifies LOMR issued in 2004 for same stream reach

# TABLE 3

## LOMAs and LOMRs NOT LISTED IN PRELIMINARY ST. CLAIR COUNTY FLOOD INSURANCE STUDY

| Reference No. | LOMA or LOMR | Project Name | FEMA Case Number | Project Type | Engineering Firm | Stream Impacted | Result from LOMR or LOMA | Impact Ranking |
|---|---|---|---|---|---|---|---|---|
| 1 | CLOMR-F | Plum Hill Estates | 04-05-0471C | Subdivision | Woolpert LLP | Loop Creek | removed 63 lots from the floodplain | 5 |
| 2 | LOMA | 6452 Press Road | 04-05-1404A | Residential Structure/Pole Barn | | Richland Creek | removed 2 structures from floodplain | 0 |
| 3 | CLOMR-F | Plum Hill Estates | 04-05-1861X | Subdivision | Woolpert LLP | Loop Creek | supersedes previous documentation | 5 |
| 4 | LOMR-F | The Estates at Plum Hill | 04-05-2741A | Subdivision | | Loop Creek | removed 38 lots from the floodplain | 4 |
| 5 | LOMA | 2532 Eidmann Road | 04-05-3405A | Deer Run Subdivision | | Loop Creek | partially removed | 0 |
| 6 | LOMA | 4 Sunny Slope Drive | 04-05-3715A | Simmons Estates | | Richland Creek | partially removed | 0 |
| 7 | LOMR-F | Plum Hill Estates I | 05-05-0879A | Subdivision | | Loop Creek | removed 2 lots from the floodplain | 1 |
| 8 | LOMA | 8250 Bunkum Road | 05-05-1368A | Structures (2 buildings) | Thomas Hoffman Surveying Co. | Unnamed Flooding Source | did not removed 2 buildings from floodplain | 0 |
| 9 | LOMA | 801 Deer Creek Road | 05-05-2714A | Deer Creek Third Addition | | Engle Creek | partially removed | 0 |
| 10 | LOMR-F | 8250 Bunkum Road | 05-05-4018A | Structures (2 buildings) | | Unnamed Flooding Source | supersedes previous documentation | 1 |
| 11 | LOMA | 245 Bethel Meadows Road | 05-05-4471A | Structure | | Unnamed Flooding Source | partially removed | 0 |
| 12 | LOMA | 7 Hollyhock Lane | 06-05-0298A | Chenot Place Second Addition | | Loop Creek | did not remove structure | 0 |
| 13 | LOMA | 4118 Waterloo Road | 07-05-1075A | Structure | | Prairie Du Long Creek | partially removed | 0 |
| 14 | LOMR-F | The Estates at Plum Hill IV | 07-05-2368A | Portion of Property | | Loop Creek | 29 lots or portions removed from floodplain | 4 |
| 15 | LOMA | 4645 Wessel Lane | 07-05-3986A | Wessel Estate | First American Flood Data Services | Douglas Creek | partially removed | 0 |
| 16 | LOMA | 7741 State Route 156 | 07-05-4489A | Structure | | Kaskaskia River; Mississippi River | inadvertent inclusion in the floodway- 1 lot | 1 |
| 17 | LOMA | Probst Road | 07-05-5184A | Portion of Property | | Richland Creek | partially removed | 0 |
| 18 | LOMA | 1301 North County Road | 08-05-0073A | Portion of Property | Berutti & Associates, Inc. | Silver Creek | partially removed | 0 |
| 19 | LOMA | 327 Lake Christine Drive | 08-05-0222A | Structure | | Richland Creek | partially removed | 0 |
| 20 | LOMA | 2462 Imbs Station Road | 08-05-0971A | Structure | | Prairie Du Pont Creek | partially removed | 0 |
| 21 | LOMA | 3927 Hoffman Road | 08-05-3480A | Structure | Netemeyer Engineering Associates | Prairie Du Long Creek Tributary | partially removed | 0 |
| 22 | LOMA | 10 Carnation Drive | 08-05-3982A | Chenot Place First Addition | | Loop Creek | removed property from floodplain | 0 |
| 23 | LOMA | 1110 Lindbergh Circle | 09-05-0400A | Lindbergh Circle | | Loop Creek | partially removed | 0 |
| 24 | LOMA | 4 Carnation Drive | 09-05-0590A | Chenot Place First Addition | | Loop Creek | partially removed | 0 |
| 25 | LOMA | 2824 Ranch Trail Road | 09-05-0835A | Portion of Property | | Prairie Du Long Creek Tributary | partially removed | 0 |
| 26 | LOMA | 2802 Probst Road | 09-05-0836A | Structure | Heneghan and Associates, P.C. | Richland Creek | partially removed | 0 |
| 27 | LOMA | 8720 Old Lebanon Troy Road | 09-05-2059A | Silver Creek Crossing | Hoelscher Engineering, P.C. | Silver Creek | partially removed | 0 |
| 28 | LOMA | 10958 Hagemann Road | 09-05-2757A | Structure | Netemeyer Engineering Associates | Hagemann Creek; Silver Creek | partially removed | 0 |
| 29 | LOMA | 8124 Bunkum Road | 09-05-3215A | Structure | | Overland Flow | partially removed | 0 |
| | 7 | LOMRs not included in FIS | | | | | | |
| | 22 | LOMAs not included in FIS | | | | | | |



FIGURE 1
## ASH CREEK
DFIRM Floodplain Comparison



Hoelscher Engineering, P.C.
11 Executive Drive, Suite 12
Fairview Heights, Illinois 62208



Legend
- Preliminary DFIRM Floodplain using 4-ft. contours
- Common DFIRM Floodplain Area
- Preliminary DFIRM Floodplain
- 100-yr. Base Flood Elevations

N



FIGURE 2
**RICHLAND CREEK**
DFIRM Floodplain Comparison



Hoelscher Engineering, P.C.
11 Executive Drive, Suite 12
Fairview Heights, Illinois 62208



0   500   1,000   2,000   3,000   4,000 Feet

**Legend**
- Preliminary DFIRM Floodplain using 4-ft. contours
- Common DFIRM Floodplain Area
- Preliminary DFIRM Floodplain
- Preliminary 100-yr. Base Flood Elevations

FIGURE 3
DFIRM IN VICINITY OF PLUM HILL ESTATES