UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

COUNTY OF MADISON,
STATE OF ILLINOIS, *et al.*,

    Plaintiffs,

    v.

FEDERAL EMERGENCY
MANAGEMENT AGENCY, *et al.*,

    Defendants.

Case No. 10-cv-919-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: August 1, 2011**        NANCY ROSENSTENGEL

                                      By:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**